IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ANTHONY HAWKINS,

    Plaintiff,
v.                                                                                  CASE NO. 1:07-cv-00154-MP-AK

ALACHUA COUNTY SHERIFFS OFFICE,
GAINESVILLE POLICE DEPARTMENT,
STATE ATTORNEY OFFICE,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending dismissal of this case as frivolous. The time for filing objections has passed and none have been filed. Additionally, the Court notes that mail sent to the address given by Plaintiff has been returned undeliverable. A party has the responsibility to keep the Court aware of his whereabouts in a timely manner. Failure to do so is alone a valid reason for dismissal. Additionally, however, the plaintiff is pursuing a civil damages action attacking the very conviction he was serving at the time of the filing of the case. Plaintiff is barred from pursuing damages pursuant to Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 2372, 129 L. Ed. 2d 383 (1994). A claim for damages that is related to a sentence or conviction that has not yet been reversed or invalidated is not cognizable under 42 U.S.C. § 1983. Heck, 114 S. Ct. at 2372. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Plaintiff's complaint, doc. 1, is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2);

2. The Clerk of Court should note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). This dismissal should constitute a strike within the meaning of 28 U.S.C. §1915(g). Since this constitutes a third strike, the Clerk is directed to place this litigant on the three strikes list and he is precluded from filing any additional lawsuits without first showing that he is in imminent danger of serious physical injury.

**DONE AND ORDERED** this <u>6th</u> day of March, 2008

<u>    *s/Maurice M. Paul*         </u>
Maurice M. Paul, Senior District Judge